

# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

TARRAN KYLES,

v.

RICKY J. BELL.,                    CASE NUMBER:    1:05-1260-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/4/2005, this case is hereby DISMISSED. The Court DENIES a certificate of appealability and also CERTIFIES that any Appeal by plaintiff is not taken in good faith. If petitioner files a notice of appeal he must also pay the full $255 appellate filing fee or file a motion to proceed In Forma Pauperis and supporting affidavit in the Sixth Circuit Court of Appeals within 30 days.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                          THOMAS M. GOULD
                                          CLERK

_11/9/05_                          BY:    _C. Head_
DATE                                      DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11/9/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01260 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Tarran Kyles
123535
7475 Cockrill Bend Industrial Rd.
Nashville, TN 37243

Honorable James Todd
US DISTRICT COURT